# Exhibit 1

# LexisNexis® File & Serve

**Welcome:** Clayton, Lindsay
DOJ - Tax Division

Resource Center | File & Serve Preferences | Sign Off

- Home
- Filing & Service
- Alerts
- Search

Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search | Service of Process Transactions

Case History Search > Select Case > **Results**

## Case History Search
Search Created:
Friday, August 10, 2012 10:12:04
GMT-0400 (Eastern Daylight Time)

**Submitted By:** Court / Plaintiff / Defendant

Printable Version

You have been billed $10.60 for this search.

| | | | | | |
|---|---|---|---|---|---|
| **Court:** | CO Larimer County District Court 8th JD | **Judge:** | Lammons, Gregory M | **File & Serve Live Date:** | 6/27/2012 |
| **Division:** | 5B - Division 5B | **Case Number:** | 2012CV1092 | **Document(s) Filed:** | 10 |
| **Case Type:** | Rule 105 Quiet Title | **Case Name:** | Marguerite E. Bain v. United States Department of the Treasury - Internal Revenue Service | **Date Range:** | All |

Choose an action: -- Select -- [Go]   Show 50 records

1-6 of 6 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number / Case Name | Authorizer / Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 45350958 | 7/16/2012 2:23 PM MDT | File Only | 2012CV1092 Marguerite E. Bain v. United States Department of the Treasury - Internal Revenue Service | Michael C Payne, Otis Coan & Peters LLC | Return of Service | Return of Service on Linda Blan, U.S. Attorney's Office accepting serivce on behalf of The United States Department of the Treasury - Internal Revenue Service was served a District Court Civil Case Cover Sheet, Summons, Complaint and Notice of Commencement of Action (Lis Pendens) on July 11, 2012. [view] | 0.1MB |
| 45281387 | 7/11/2012 4:00 PM MDT | File And Serve | 2012CV1092 Marguerite E. Bain v. United States Department of the Treasury - Internal Revenue Service | Gregory M Lammons, CO Larimer County District Court 8th JD | Order | Order Authorizing Service by Publication [view] | 0.1MB |
| 45213323 | 7/9/2012 10:35 AM MDT | File Only | 2012CV1092 Marguerite E. Bain v. United States Department of the Treasury - Internal Revenue Service | Michael C Payne, Otis Coan & Peters LLC | Motion | Verified Motion for Order Authorizing Service by Publication [view] | 0.1MB |
| | | | | | Proposed Order | Order Authorizing Service by Publication [view] | 0.1MB |
| 45113323 | 7/2/2012 10:39 AM MDT | File And Serve | 2012CV1092 Marguerite E. Bain v. United States Department of the Treasury - Internal Revenue Service | Gregory M Lammons, CO Larimer County District Court 8th JD | Notice Filed | Civil Case Management Notice [view] | 0.1MB |
| 45093313 | 6/29/2012 11:58 AM MDT | File Only | 2012CV1092 Marguerite E. Bain v. United States Department of the Treasury - Internal Revenue Service | Michael C Payne, Otis Coan & Peters LLC | Notice Filed | Notice of Commencement of Action (Lis Pendens) [view] | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐  [45052910](#) | 6/27/2012 3:39 PM MDT | File Only | [2012CV1092](#) Marguerite E. Bain v. United States Department of the Treasury - Internal Revenue Service | Michael C Payne, Otis Coan & Peters LLC | ☐ Complaint | Complaint to Quiet Title Pursuant to Rule 105, C.R.C.P. and for Declaratory Relief [view] | 0.1MB |
| | | | | | ☐ Summons | Summons [view] | 0.1MB |
| | | | | | ☐ Civil Case Cover Sheet | Civil Case Cover Sheet [view] | 0.1MB |
| | | | | | ☐ Filing Other | Exhibit 1 - Treasurer's Deed, Exhibit 2 - Notice of Federal Tax Lien [view] | 0.1MB |

1-6 of 6 transactions    <<Prev Page 1 of 1 Next>>

About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2012 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.