# Exhibit 2

EFILED Document
CO Larimer County District Court 8th JD
Filing Date: Jun 27 2012 3:39PM MDT
Filing ID: 45052910
Review Clerk: Stacy Pacheco

| | |
|---|---|
| District Court, County of Larimer, State of Colorado<br>Court Address: 201 LaPorte Ave., Ste. 100, Fort Collins, CO 80521<br>Court Telephone: (970) 498-6400 | |
| Plaintiff: **MARGUERITE E. BAIN**,<br><br>v.<br><br>Defendants: **UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; and ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION.** | ▲COURT USE ONLY▲ |
| *Attorneys for Plaintiff Marguerite E. Bain:*<br>**OTIS, COAN & PETERS, LLC**<br>Michael C. Payne, #38939<br>103 West Mountain Avenue, Suite 200<br>Fort Collins, CO 80524<br>Telephone: 970-225-6700<br>Facsimile: 970-232-9927<br>Email: mpayne@nocolegal.com | Case Number: **12 CV** ____<br><br>Division: ____ |
| **COMPLAINT TO QUIET TITLE PURSUANT TO RULE 105, C.R.C.P. AND FOR DECLARATORY RELIEF** | |

Plaintiff, Marguerite E. Bain, by and through her undersigned counsel, Otis, Coan & Peters, LLC, states as her Complaint against the defendants as follows:

# I
## PARTIES, VENUE and JURISDICTION

1.  Plaintiff is an individual residing in Morgan County, Colorado.

2.  Defendant United States Department of The Treasury – Internal Revenue Service (the "IRS") is an agency of the United States government and has been named as a defendant hereto pursuant to 28 U.S.C. § 2409a(a).

3.  There may be persons or entities interested in the subject matter of this action whose names cannot be inserted herein because their identities are presently unknown to Plaintiff, despite the fact that diligent efforts have heretofore been made to ascertain their identities. Accordingly, all unknown persons and business entities claiming an interest in the subject matter of this action are named as defendants herein under the collective designation "All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action" and shall be referred to hereinafter as "Unknown Persons."

4.    Venue is proper before this Court pursuant to Rule 98(a), C.R.C.P., because the real property at issue is situated in Larimer County, Colorado.

5.    The Court has jurisdiction over the claims alleged herein pursuant to § 13-1-124(1)(a) and (c), C.R.S.

## II
## GENERAL ALLEGATIONS

6.    Plaintiff hereby incorporates the allegations set forth in Paragraphs 1 through 5, inclusive, as if set forth fully herein.

7.    Plaintiff is the owner of certain real property situate in Larimer County, Colorado described as: Lot 16, Block 271, Loomis Addition, City of Fort Collins, County of Larimer, State of Colorado (the "Subject Property"). The Subject Property is known by street address 121 North Whitcomb Street, Fort Collins, Colorado 80521.

8.    Plaintiff took title to the Subject Property by operation of § 39-11-101, *et seq.*, C.R.S. and by virtue of a Treasurer's Deed issued by the Larimer County, Colorado Treasurer, Ms. Myrna J. Rodenberger, on February 24, 2012 (the "Treasurer's Deed"). The Treasurer's Deed was recorded in the Larimer County public records on February 24, 2012 at Reception No. 20120012204. A true and accurate copy of the Treasurer's Deed is attached hereto as Exhibit 1.

9.    The IRS may claim a right, title or interest in the Subject Property by virtue of a Notice of Federal Tax Lien dated June 1, 2010 and recorded in the Larimer County, Colorado public records on June 8, 2010 at Reception No. 20100032109 (the "Federal Tax Lien"). A true and accurate copy of the Federal Tax Lien is attached hereto as Exhibit 2.

10.   According to the Federal Tax Lien, said lien purportedly arose by operation of 26 U.S.C. § 6321 due the failure of Robert A. Mustain, the former owner of the Subject Property, to pay certain tax liabilities to the IRS.

11.   Pursuant to 26 U.S.C. § 6323(b)(6) and §39-1-107(2), C.R.S., the Larimer County, Colorado real property tax lien that gave rise to the Treasurer's Deed was senior in interest to the Federal Tax Lien.

12.   By operation of 26 U.S.C. § 6323(b)(6) and 26 U.S.C. § 7426(c), the Federal Tax Lien was extinguished by virtue of the issuance of the Treasurer's Deed. Therefore Plaintiff's ownership interest in the Subject Property is free and clear of the Federal Tax Lien.

13.   By operation of 26 U.S.C. § 7425(d)(1), the period during which the IRS could have redeemed the outstanding real property tax lien that gave rise to the Treasurer's Deed has expired.

## III
## FIRST CLAIM FOR RELIEF
### (Decree Quieting Title)

14.   Plaintiff hereby incorporates the allegations set forth in Paragraphs 1 through 13, inclusive, as if set forth fully herein.

15.   Plaintiff is the owner of the Subject Property by virtue of the Treasurer's Deed.

16.   The IRS may claim some right, title or interest in the Subject Property adverse to Plaintiff's ownership interest therein.

17.   Unknown Persons may claim some right, title or interest in the Subject Property adverse to Plaintiff's ownership interest therein.

18.   Plaintiff's right, title and interest in the Subject Property is senior and superior to any rights, title or interests that the IRS and/or Unknown Persons may claim in same.

19.   Plaintiff is, therefore, entitled to a decree quieting title to the Subject Property free and clear of any other claimed right, title or interest therein.

## IV
## SECOND CLAIM FOR RELIEF
### (Declaratory Relief)

20.   Plaintiff hereby incorporates the allegations set forth in Paragraphs 1 through 19, inclusive, as if set forth fully herein.

21.   The real property tax liens that gave rise to the Treasurer's Deed were senior to the Federal Tax Lien.

22.   By virtue of the issuance of the Treasurer's Deed, the Federal Tax Lien was extinguished.

23.   All redemption periods applicable to the Subject Property and redemption rights exercisable by the IRS, by virtue of the Federal Tax Lien or otherwise, have expired.

WHEREFORE, Plaintiff Marguerite E. Bain prays for:

(A)     A complete adjudication of the rights of all parties to this action with respect to the Subject Property;

(B)     A decree: (i) determining that Defendants and each of them have no right, title, interest, estate or claim of any kind whatsoever in the Subject Property, (ii) forever barring and enjoining the Defendants from asserting any right, title, interest, estate or claim to the Subject Property, (iii) quieting title to the Subject Property as described herein in Plaintiff Marguerite E. Bain and (iv) adjudging that Plaintiff is the owner in fee simple and entitled to the peaceable possession of the Subject Property;

(C)     Declaratory relief providing that all redemption periods pertaining to the Subject Property have expired; and

(D)     For such other and further relief as the Court deems proper.

Dated this 27th day of June, 2012.

**OTIS, COAN & PETERS, LLC**
*Attorneys for Plaintiff Marguerite E. Bain*

By:     Michael C. Payne, #38939

√ **TREASURER'S OFFICE,**     **COUNTY OF LARIMER**     **STATE OF COLORADO**

# 𝔗𝔯𝔢𝔞𝔰𝔲𝔯𝔢𝔯'𝔰 𝔇𝔢𝔢𝔡

# 𝔎𝔫𝔬𝔴 𝔞𝔩𝔩 𝔪𝔢𝔫 𝔟𝔶 𝔱𝔥𝔢𝔰𝔢 𝔓𝔯𝔢𝔰𝔢𝔫𝔱𝔰, That whereas, the following described
property, viz:

## LOT 16, BLK 271, LOOMIS, FTC

situated in the County of Larimer and State of Colorado, was subject to taxation for the year A.D., 2007;

**And Whereas,** The taxes assessed upon said property for the year aforesaid remained due and unpaid at the date
of the sale hereinafter named;

**And Whereas,** The Treasurer of the said County did on the 19th day of November, A.D. 2008, by virtue of the
authority vested in her by law, at the sale begun and publicly held on the 19th of November, A.D. 2008, expose to public
sale at the office of the Treasurer in the County aforesaid, in substantial conformity with the requirements of the statute in
such case made and provided, the tax lien on real property above described for the payment of the taxes, penalty interest,
and costs then due and remaining unpaid on said property;

**And Whereas,** At the time and place aforesaid, Marguerite E Bain whose street address 353 Howell Ave, City of
Brush, County of Morgan and State of Colorado bid on the tax lien on all of the above described property the sum of
ONE THOUSAND FOUR HUNDRED FIFTY NINE AND SIXTY EIGHT CENTS, being the whole amount of taxes,
penalty interest, and costs then due and remaining unpaid upon said property for said year 2007, and the said Marguerite
E Bain having offered in her said bid to pay the sum of NO DOLLARS and NO CENTS, in excess of said Taxes, penalty
interest, and costs, and the said bid being the largest amount which any person offered to pay in excess of the said taxes,
penalty interest, and costs so due upon said property for said years 2007, and payment of the said sum having been made
by him to the said Treasurer, the said tax lien on such property was stricken off to him at that price;

**And Whereas,** The said Marguerite E Bain whose street address is 353 Howell Ave, City of Brush, County of
Morgan and State of Colorado, has paid subsequent taxes on said property to the amount of FOUR THOUSAND FOUR
HUNDRED SIXTEEN AND NO CENTS.

**And Whereas,** More than three years have elapsed since the date of the said sale, and the said property has not
been redeemed therefrom as provided by law;

**And Whereas,** The said property was valued for assessment for said year 2007 at the amount of $15,580;

**And Whereas,** All the provisions of the statutes prescribing prerequisites to obtaining tax deeds have been fully
complied with, and are now of record, and filed in the office of the Treasurer of said County;

**Now, Therefore, I,** Myrna J Rodenberger, Treasurer of the County aforesaid, for and in consideration of the sum
to the Treasurer paid as aforesaid, and by virtue of the statute in such case made and provided, have granted, bargained,
and sold, and by these presents do grant, bargain, and sell the above and foregoing described real estate unto the said
Marguerite E Bain whose street address is 353 Howell Ave, City of Brush, County of Morgan and State of Colorado, who
heirs and assigns, forever, subject to all the rights of redemption by minors, or incompetent persons, as provided by law.

**In Witness Whereof, I,** ~~Myrna J Rodenberger~~ Treasurer     aforesaid, by
virtue of the authority aforesaid, have hereunto
set my hand and seal this 24th day of February, A.D. 2012.





Certificate No 73624     Tax Sale Record: Reception #20080073653
Schedule No. 0032000

STATE OF COLORADO, )
                   ) ss.
County of Larimer  )

STATE OF COLORADO, )
                   ) ss.
County of Larimer  )

The foregoing instrument was acknowledged before me this 24th day of February 2012, by
_Myrna A. Rodenberger_ as Treasurer of said County.
Witness my hand and official seal

My commission expires: 7/22/2013

_Michele Pergesec_
Notary Public

(Official Seal)

Mailing Address for          Marguerite E Bain
Future Tax Notices           353 Howell Ave
                             Brush CO  80723

| No.201148 |
|---|
| **TREASURER'S DEED** |
| From<br>Larimer County Treasurer<br>to<br>Marguerite E Bain<br>353 Howell Ave<br>Brush CO  80723 |
| Certificate No 73624<br>Tax Sale Record |

| Form 668 (Y)(c) | 10185 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 829-3903 | Serial Number 662466510 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer ROBERT A MUSTAIN

Residence    121 N WHITCOMB ST
            FORT COLLINS, CO 80521-2657

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | XXX-XX-8109 | 07/24/2006 | 08/23/2016 | 32453.99 |
| 1040 | 12/31/2001 | XXX-XX-8109 | 07/24/2006 | 08/23/2016 | 46882.71 |
| 1040 | 12/31/2002 | XXX-XX-8109 | 07/24/2006 | 08/23/2016 | 23129.74 |

| Place of Filing | CLERK AND RECORDER LARIMER COUNTY FORT COLLINS, CO 80525 | Total | $ 102466.44 |
|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____, on this,

the _____01st_____ day of __June__, __2010__.

| Signature  R. A. Mitchell  for MICHAEL W. COX | Title ACS (800) 829-3903 | 26-00-0008 |
|---|---|---|

(**NOTE**: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office                    Form 668



EXHIBIT
2

| | |
|---|---|
| District Court, County of Larimer, State of Colorado<br>Court Address: 201 LaPorte Ave., Ste. 100, Fort Collins, CO 80521<br>Court Telephone: (970) 498-6400 | EFILED Document<br>CO Larimer County District Court 8th JD<br>Filing Date: Jun 27 2012 3:39PM MDT<br>Filing ID: 45052910<br>Review Clerk: Stacy Pacheco |
| Plaintiff: **MARGUERITE E. BAIN**,<br><br>v.<br><br>Defendants: **UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; and ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION**. | ▲COURT USE ONLY▲ |
| *Attorneys for Plaintiff Marguerite E. Bain:*<br>**OTIS, COAN & PETERS, LLC**<br>Michael C. Payne, #38939<br>103 West Mountain Avenue, Suite 200<br>Fort Collins, CO 80524<br>Telephone: 970-225-6700<br>Facsimile: 970-232-9927<br>Email: mpayne@nocolegal.com | Case Number: **12 CV** _____<br><br>Division: ____ |
| **SUMMONS** | |

**PEOPLE OF THE STATE OF COLORADO, TO DEFENDANTS NAMED ABOVE:**

You are summoned and required to file with the Clerk of this Court an answer or other response to the attached Complaint within twenty (20) days after this Summons is served on you in the State of Colorado, within thirty (30) days after this Summons is served on you outside the State of Colorado, or within such other period as may be directed by statute.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, judgment by default may be entered against you by the Court for the relief demanded in the Complaint, without any further notice to you.

The following documents are also served herewith: (1) Complaint for Quiet Title Pursuant to Rule 105, C.R.C.P., and for Declaratory Relief; and (2) District Court Civil Case Coversheet.

Dated this 27th day of June, 2012.

**OTIS, COAN & PETERS, LLC**
*Attorneys for Plaintiff Marguerite E. Bain*

By: _____ Michael C. Payne, #38939

EFILED Document
CO Larimer County District Court 8th JD
Filing Date: Jun 27 2012 3:39PM MDT
Filing ID: 45052910
Review Clerk: Stacy Pacheco

District Court, County of Larimer, State of Colorado
Court Address: 201 LaPorte Ave., Ste. 100, Fort Collins, CO 80521
Court Telephone: (970) 498-6400

Plaintiff: **MARGUERITE E. BAIN**,

v.

Defendants: **UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; and ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION.**

▲ COURT USE ONLY ▲

*Attorneys for Plaintiff Marguerite E. Bain:*
**OTIS, COAN & PETERS, LLC**
Michael C. Payne, #38939
103 West Mountain Avenue, Suite 200
Fort Collins, CO 80524
Telephone: 970-225-6700
Facsimile: 970-232-9927
Email: mpayne@nocolegal.com

Case Number: **12 CV** _____

Division: _____

## DISTRICT COURT CIVIL (cv) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT

1.  This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2.  Check the boxes applicable to this case.

    ☐ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

    ☒ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

    ☐ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding,     **or**
    ☒ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),     **or**

☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Dated this _27th_ day of June, 2012.

**OTIS, COAN & PETERS, LLC**
*Attorneys for Plaintiff Marguerite E. Bain*

_____

By:     Michael C. Payne, #38939