IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02111-REB-KLM

MARGUERITE E. BAIN,

       Plaintiff/Counterclaim Defendant,

v.

UNITED STATES DEPARTMENT OF THE TREASURY - INTERNAL REVENUE
SERVICE, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER
OF THIS ACTION,

       Defendants/Counterclaimants/Third-Party Plaintiffs,

v.

KEYBANK NATIONAL ASSOCIATION,

       Third-Party Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

       This matter is before the Court on **Plaintiff's Motion for Default Judgment** [Docket No. 39; Filed February 15, 2013] (the "Motion").  No response has been filed.  In her Motion, Plaintiff asks the Court to enter a default judgment pursuant to Fed. R. Civ. P. 55(b)(2). *Motio*n [#39] at 1.

       "[Federal] Rule [of Civil Procedure] 55 mandates a two-step process for a party who seeks a default judgment in [her] favor." *Williams v. Smithson*, 57 F.3d 1081, at *1 (10th Cir. June 20, 1995) (unpublished table decision); *U.S. Commodity Futures Trading Com'n v. Trimble*, Civil Action No. 11-cv-02887-PAB-KMT, 2013 WL 317576, at *1 (D. Colo. Jan. 28, 2013).  First, the party seeking a default judgment must request an entry of default from the Clerk of the Court under Fed. R. Civ. P. 55(a). *Id.*  After default has been entered by the Clerk, the party may seek default judgment pursuant to Fed. R. Civ. P. 55(b). *Id.*  Here, Plaintiff never sought entry of default pursuant to Fed. R. Civ. P. 55(a).  Accordingly,

       IT IS HEREBY **ORDERED** that the Motion [#39] is **DENIED without prejudice**.

       Dated:  April 26, 2013