# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02111-REB-KLM

MARGUERITE E. BAIN,

     Plaintiff/Counterclaim Defendant,

v.

UNITED STATES DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

     Defendants/Counterclaimants/Third-Party Plaintiffs,

v.

KEYBANK NATIONAL ASSOCIATION,

     Third-Party Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of the United States Magistrate Judge** [#51] entered by Judge Robert E. Blackburn on May 20, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#48], filed April 26, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **United States' Motion for Default Judgment Against Counterclaim Defendant** [*sic*] **Keybank National Association** [#30], filed November 19, 2012, is

**GRANTED**; and

3. That **DEFAULT JUDGMENT IS ENTERED** in favor of third-party plaintiff, the United States Department of the Treasury – Internal Revenue Service, against third-party defendant, Keybank National Association, as to the United States' claims for declaratory relief against Keybank.

DATED at Denver, Colorado, this 23rd day of May, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk