**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Case No. 1:12-cv-02111-REB-KLM

MARGUERITE E. BAIN,

      Plaintiff,

      v.

UNITED STATES DEPARTMENT OF THE
TREASURY – INTERAL REVENUE SERVICE;
and ALL UNKNOWN PERSONS WHO CLAIM
ANY INTEREST IN THE SUBJECT MATTER
OF THIS ACTION,

      Defendants.

---

## DECREE QUIETING TITLE

---

**Blackburn, J.**

The matter is before me on **Plaintiff's Unopposed Motion For Entry of Quiet Title Decree** [#60][1] filed July 12, 2013.  Having reviewed the matter, this Court FINDS:

THAT service under Rule 4 of the Federal Rules of Civil Procedure and Colorado Rules of Civil Procedure is proper on all of the Defendants in this action;

THAT MARGUERITE E. BAIN is the record owner in possession of the property described below (the "Property");

      Lot 16, Block 271, Loomis Addition, City of Fort Collins,
      County of Larimer, State of Colorado,
      also known as 121 North Whitcomb Street, Fort Collins,
      Colorado 80521;

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

THAT all Defendants have either disclaimed any interest in the Property or have failed to respond to Plaintiff's Complaint or enter an appearance and, thus, are in default;

THAT this is an action in rem affecting specific real property;

THAT the Court has jurisdiction over all parties to and the subject matter of this action; and

THAT no Defendant has any right, title, or interest in or to the Property or any part thereof.

**THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. That **Plaintiff's Unopposed Motion For Entry of Quiet Title Decree** [#60] filed July 12, 2013, is **GRANTED**;

2. That MARGUERITE E. BAIN, Plaintiff, at the time of the commencement of this proceeding, was, and is now, the owner in fee simple absolute, with right to possession of the real property described as:

> Lot 16, Block 271, Loomis Addition, City of Fort Collins, County of Larimer, State of Colorado, also known as 121 North Whitcomb Street, Fort Collins, Colorado 80521 (Property);

3. That fee simple title in and to the Property be and the same is quieted in the Plaintiff, and that each of the Defendants has no right, title, or interest in or to the Property or any part thereof, and that each of the Defendants is forever enjoined from asserting any claim, right, title, or interest in or to the Property or any part thereof;

4. That the certain *Lis Pendens* recorded with the Clerk and Recorder for Larimer County, Colorado, on June 29, 2012, at Reception Number 20120042943 is hereby discharged and is of no further effect; and

     5. That there being no other claims or disputes at issue in this action, this Order shall be deemed to fully and finally resolve this action.

     Dated July 15, 2013, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge